

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-22-00014-CV

In re **THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

On January 7, 2022, the relator filed a petition for a writ of mandamus. On January 11, 2022, the real party filed a response to the petition. On January 13, 2022, relator filed an amended petition for a writ of mandamus.

On January 13, 2022, the relator filed a second amended motion for temporary emergency relief seeking a stay of the trial court orders challenged in its amended mandamus petition. On January 14, 2022, the real party filed a response to the second amended motion for temporary emergency relief.

The relator's second amended motion for temporary emergency relief is GRANTED. *See* TEX. R. APP. P. 52.10(b). The trial court's order entitled "Interim Order for Deposit,"[2] and its order entitled "Order on Motion to Enforce," signed on December 23, 2021, are STAYED pending further order of the court.

The relator's amended mandamus petition remains pending before the court.

It is so **ORDERED** on January 19, 2022.

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.C.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] The "Interim Order for Deposit" does not show the date the trial court signed it.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court